UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| SAMMIE LANETTE CRUTCHER [22] | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Sentencing (Docket No. 659) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearing set for October 27, 2014, is hereby continued to Monday, November 24, 2014, at 10:30 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE